IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| PROGRESSIVE HEALTH AND REHAB CORP., an Ohio corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) ) ) |
| Plaintiff, | ) Civil Action No.: 3:20-cv-10106 ) |
| v. | ) **CLASS ACTION** ) |
| INDEGENE, INC., a Delaware corporation, INDEGENE ENCIMA, INC., INDEGENE WINCERE, INCORPORATED, and INDEGENE HEALTHCARE, LLC, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE*

PLEASE TAKE NOTICE that Plaintiff, PROGRESSIVE HEALTH AND REHAB CORP., individually and as the representative of a class of similarly-situated persons, through its attorneys, Giordano Halleran & Ciesla, moves pursuant to L. Civ. R. 101.1, for entry of an Order admitting Ryan M. Kelly *pro hac vice*. Pursuant to L. Civ. R. 7.1, no brief is necessary because there are no disputed factual or legal issues. A proposed form of Order is submitted herewith. Oral argument is not requested unless timely opposition is submitted.

Date:  August 10, 2020

              Matthew N. Fiorovanti /s
              _____
              Matthew N. Fiorovanti
              Michael J. Canning
              Giordano Halleran & Ciesla
              125 Half Mile Road, Suite 300
              Red Bank, NJ  07701
              Telephone:  732-741-3900
              *Attorneys for Plaintiff*