# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# TRENTON VICINAGE

| | |
|---|---|
| PROGRESSIVE HEALTH AND REHAB CORP., an Ohio corporation, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>INDEGENE, INC., a Delaware corporation, INDEGENE ENCIMA, INC., INDEGENE WINCERE, INCORPORATED, and INDEGENE HEALTHCARE, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.: 3:20-cv-10106<br>)<br>) **CLASS ACTION**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION IN SUPPORT OF *PRO HAC VICE* REQUEST

I, Ryan M. Kelly, hereby declare as follows:

1.  I am over eighteen years of age and have personal knowledge of the facts stated herein. I reside in the State of Illinois. I am an attorney with Anderson + Wanca, a law firm in Rolling Meadows, Illinois.

2.  I am a member in good standing and authorized to practice law in the following Courts:

| *Court* | *Date Admitted* | *Registration Number* | *Address of Agency/Court Maintaining Attorney Enrollment* |
|---|---|---|---|
| Illinois State courts | 5/6/99 | 6257931 | Attorney Registration & Disciplinary Commission<br>3161 West White Oaks Dr., Suite 301<br>Springfield, IL  62704 |
| Florida State courts | 6/20/11 | 90110 | Florida Bar |

| *Court* | *Date Admitted* | *Registration Number* | *Address of Agency/Court Maintaining Attorney Enrollment* |
|---|---|---|---|
| | | | Membership Records<br>651 E. Jefferson<br>Tallahassee, FL  32399-2300 |
| U.S. District Court Northern District, IL | 6/24/99 | | 219 S. Dearborn Street<br>Chicago, IL  60604 |
| U.S. District Court Western District, MI | 9/30/11 | | 110 Michigan St. NW<br>Grand Rapids, MI  49503 |
| U.S. District Court Eastern District, MI | 9/13/12 | | 231 W. Lafayette Blvd.<br>Detroit, MI  48226 |
| U.S. District Court Eastern District, WI | 9/30/10 | | 517 E. Wisconsin Ave<br>Milwaukee, WI  53202 |
| U.S. District Court Western District, WI | 9/22/11 | | 120 N. Henry Street<br>Madison, WI  53703 |
| U.S. District Court Southern District, FL | 8/17/11 | | 400 North Miami Avenue<br>Miami, FL 33128 |
| U.S. District Court Middle District, FL | 11/8/11 | | 801 North Florida Avenue<br>Tampa, FL  33602 |
| U.S. District Court Northern District, OH | 6/25/12 | | 801 West Superior Avenue<br>Cleveland, OH  44113-1830 |
| U.S. District Court Eastern District, MO | 6/11/15 | | 111 South 10th Street<br>St. Louis, MO  63102 |
| U. S. District Court Northern District, IN | 10/16/15 | | 5400 Federal Plaza<br>Hammond, IN  46320 |

3.      I am not currently, nor have I ever been, subject to any discipline or disciplinary proceedings, formal or informal, by any bar or any court of which I have been admitted, and am not under any investigation by any bar or court.

4.      This matter involves a complaint seeking damages as a result of alleged violations of the Telephone Consumer Protection Act. I have been involved extensively in the preparation and prosecution of the claims asserted in this case.

5.      Plaintiff, PROGRESSIVE HEALTH AND REHAB CORP., has requested that I represent its interest.

6.      If admitted *pro hac vice,* I will abide by Local Civil Rule 101.1(c), submit myself to all disciplinary rules and procedures, and to all rules of professional conduct applicable to licensed members of the Bar of the State of New Jersey and to all of the rules of this Court.

7.      If admitted *pro hac vice*, I will make the required payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a), as well as the clerk's fee in the amount of $150.00.

8.      Attorney Michael J. Canning, an active member of the United States District Court for the District of New Jersey, or one of the attorneys in his office, will serve and file all pleadings and other papers in this proceeding and act as agent upon whom all notices, pleadings and other papers shall be served.

9.      I hereby declare that the foregoing statements made by me are true to the best of my knowledge, information and belief. I am fully aware that I am subject to punishment under penalty of perjury if any of the foregoing statements made by me are willfully false.

Date: August 7, 2020.

_____
Ryan M. Kelly
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: 847/368-1500
Facsimile: 847/368-1501
Email: rkelly@andersonwanca.com

3