## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| PROGRESSIVE HEALTH AND REHAB CORP., an Ohio corporation, individually and as the representative of a class of similarly-situated persons,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>INDEGENE, INC., a Delaware corporation, INDEGENE ENCIMA, INC., INDEGENE WINCERE, INCORPORATED, and INDEGENE HEALTHCARE, LLC,<br><br>　　　　　　　Defendants. | Civil Action No. 3:20-cv-10106<br><br>**CLASS ACTION** |

### CERTIFICATION OF MATTHEW N. FIOROVANTI

I, MATTHEW N. FIOROVANTI, of full age, hereby certify as follows:

1. I am an attorney at law of the State of New Jersey, an attorney for the firm Giordano Halleran & Ciesla, a member of the Bar of this Court, and local counsel for Plaintiff, PROGRESSIVE HEALTH AND REHAB CORP.

2. I am a member in good standing of the New Jersey bar.

3. I submit this certification in support of the application of Ryan M. Kelly of the firm Anderson + Wanca, seeking admission *pro hac vice* to serve as co-counsel for Plaintiff, PROGRESSIVE HEALTH AND REHAB CORP., pursuant to Local Civil Rule 101.1(c).

4. The undersigned has agreed to serve as counsel of record in this matter on behalf of Plaintiff and to be held responsible for Ryan M. Kelly. The undersigned has filed his appearance and will notify Ryan M. Kelly of all notices, orders and pleadings served upon me.

5. Upon admission of Ryan M. Kelly, the undersigned will see to it that the payment of $150.00 is made to the Clerk of the Court as required by Local Civil Rule 101.1(c)(3).

6. Upon their admission, I will see to it that Ryan M. Kelly comply with the annual payment requirements of New Jersey State Rule 1:28-2 with respect to the New Jersey Lawyers Fund for Client Protection.

7. It is respectfully requested that Ryan M. Kelly be admitted *pro hac vice* in this matter. As set forth in his Affidavit, I respectfully submit that he has satisfied the requirements of Local Civil Rule 101.1.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: August 10, 2020

Matthew N. Fiorovanti /s
_____
Matthew N. Fiorovanti
Michael J. Canning
Giordano Halleran & Ciesla
125 Half Mile Road, Suite 300
Red Bank, NJ  07701
Telephone:  732-741-3900

*Attorneys for Plaintiff*