IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| PROGRESSIVE HEALTH AND REHAB CORP., an Ohio corporation, individually and as the representative of a class of similarly-situated persons,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>INDEGENE, INC., a Delaware corporation, INDEGENE ENCIMA, INC., INDEGENE WINCERE, INCORPORATED, and INDEGENE HEALTHCARE, LLC,<br><br>　　　　　　　　　　Defendants. | Civil Action No.: 3:20-cv-10106<br><br>**CLASS ACTION** |

### ORDER ADMITTING RYAN M. KELLY *PRO HAC VICE*

THIS MATTER having been brought before the Court on application of Mathew Fiorovanti of Giordano Halleran & Ciesla, New Jersey counsel for Plaintiff, PROGRESSIVE HEALTH AND REHAB CORP., for the admission *pro hac vice* of Ryan M. Kelly of the law firm Anderson + Wanca, and for such good and sufficient cause shown:

IT IS on this _____ day of August, 2020:

ORDERED that Ryan M. Kelly of the law firm Anderson + Wanca, be permitted to appear *pro hac vice* in the above captioned matter pursuant to L. Civ. R. 101.1(c) provided, however, that all pleadings, briefs, and other papers filed with the Court shall be signed by Matthew Fiorovanti of Giordano Halleran & Ciesla, which attorney shall be a member in good standing of the Bar of the Supreme Court of New Jersey and the Bar of this court, who shall be

held responsible for the conduct of the attorney admitted *pro hac vice* according to this Order; and it is further

ORDERED that Ryan M. Kelly shall be within the disciplinary jurisdiction of this Court; and it is further

ORDERED that pursuant to New Jersey Court Rule 1:28-2(a), the appropriate amount to be promptly submitted by Ryan M. Kelly, or on their behalf, to the New Jersey Lawyers Fund for Client Protection, together with a copy of this Order; and it is further

ORDERED that the United States District Court, District of New Jersey's fee for *pro hac vice* admission in the amount of $150.00 be paid within five days of receipt of this Order; and it is further

ORDERED that Ryan M. Kelly continue to make the required annual payments for any year in which the admitted attorney continues to represent a client in a matter pending before this Court; and it is further

ORDERED that Ryan M. Kelly shall be bound by the Local Civil Rules for the District of New Jersey, including but not limited to, the provisions of L. Civ. R. 101.1, Admission of Attorneys, L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is further

ORDERED that, pursuant to L. Civ. R. 101.1(c)(4), Ryan M. Kelly, shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:21-7, as amended.

Date: August ___, 2020.

_____
Hon.