UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PROGRESSIVE HEALTH AND REHAB CORP., an Ohio corporation, individually and as the representative of a class of similarly-situated persons<br><br>              Plaintiff(s),<br><br>     v.<br><br>INDEGENE, INC., a Delaware corporation, INDEGENE ENCIMA, INC., INDGENE WINCERE, INC., and INDEGENE HEALTHCARE, LLC<br><br>              Defendant(s) | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**<br><br>Civil Action No.<br>3:20-CV-10106 |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

                                                                Signature of Local Counsel

                                                              /s/ David Kasdan

<u>PRO HAC VICE ATTORNEY INFORMATION</u>:
Jennifer Murillo-Hurtado
100 SE Second Street
Suite 2600
Miami, FL 33131
jmurillo-hurtado@boydlawgroup.com