# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

STARR TRANSIT COMPANY, INC.,

    Plaintiff,

v.

TEAMSTERS UNION LOCAL NO. 35,

    Defendant.

Case No.: 3:21-cv-14565-~~MAS~~ *GC*-DEA

**SCHEDULING ORDER No. 2**

**THIS MATTER** having come before the Court during a status conference attended by counsel for all parties on July 18, 2022; and good cause appearing for the entry of this Order:

It is, on this __19th__ day of July, 2022,

ORDERED THAT:

1. Both Plaintiff and Defendant will file motions for summary judgment in accordance with the following schedule:

    a. Initial moving papers by September 9, 2022

    b. Opposition to motions by October 7, 2022

    c. Replies to opposition by October 21, 2022

2. The return date of the motions for summary judgment shall be __November 9, 2022__, 2022.

3. The parties expressly reserve their respective rights to engage in expert discovery and produce expert disclosures and/or reports as necessary following the Court's decision on the motions noted above. The Court will schedule a conference after the motions are decided to develop a schedule for expert discovery, reports and disclosures.

So Ordered:

_____
Honorable Douglas E. Arpert
United States ~~Magistrate~~ Judge